THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH GOMEZ, Appellant.— Judgment of conviction and order of the County Court of Kings

* Modfd., 259 N. Y. 21.

county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.